### Rea's Executor *vs.* Wheeler and others.

Sheriff's sale under foreclosure set aside, upon terms, on motion of complainant in the same proceedings, on ground of gross inadequacy of price and surprise; the failure of himself or solicitor to be present and look after his interests, being satisfactorily accounted for.

Motion to set aside sheriff's sale of mortgaged premises. On petition of complainant, and affidavits.

*Mr. W. H. Vredenburgh*, for complainant.

*Mr. R. Allen, Jr.*, for the purchaser.

THE CHANCELLOR.

Under the *fieri facias* issued in this cause for the sale of the mortgaged premises, the property was sold to a stranger, for $215, about one-sixth of its value. The complainant was not present, nor was he represented at the sale. His mortgage was the only encumbrance upon the property, and the amount due upon it exceeds the value of the premises. The mortgagor is insolvent. The complainant resides in a remote part

of the State of Pennsylvania, and he relied upon his solicitor here, and his counsel in New York, to protect his interest in the sale. The counsel expected to attend, and the solicitor, with good reason, relied on his doing so, and he, therefore, neither attended himself, nor made any provision for purchasing, or for an adjournment. The counsel was prevented by illness from attending the sale. He did not notify the solicitor of his sickness and consequent inability to be present at the sale, because he supposed the latter would surely attend. The complainant prays that the sale may be set aside. No deed has been delivered by the sheriff. He is entitled to the relief which he seeks. *Howell* v. *Hester,* 3 *Green's C. R.* 266. The sale will be set aside on terms that the complainant pay to the purchaser his costs of this application, and lawful interest on the purchase money from the time when it was paid to the sheriff.